IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE PAUL WOODHAM, | No. C 09-02644 CW (PR) |
|     Petitioner, | ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION |
|   v. | |
| A. HEDGEPETH, | |
|     Respondent. / | |

On July 6, 2009, Petitioner filed a document entitled "Ex Parte Motion and Notice of Motion to Dismiss Without Prejudice," in which he "request[s] that this court close this cause of action and allow Petitioner with this Courts [sic] permission [to] refile at a later filing date." (Mot. at 1.) The Court construes this document as a notice of voluntary dismissal of this action, and pursuant to this notice, this action is terminated. See Fed. R. Civ. P. 41(a)(1); Hamilton v. Shearson-Lehman American Exp. Inc., 813 F.2d 1532, 1534-36 (9th Cir. 1987) (Rule 41(a)(1)(i) does not require leave of court to dismiss the action). The dismissal is without prejudice. See Fed. R. Civ. P. 41(a)(1) (unless the notice of dismissal states otherwise, it is deemed to be "without prejudice"); Humphreys v. United States, 272 F.2d 411, 412 (9th Cir. 1959).

Petitioner's request for leave to proceed in forma pauperis is GRANTED. The Clerk of the Court shall close the file and terminate all other pending motions (docket no. 5).

IT IS SO ORDERED.

Dated: 9/10/09

*[signature]*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GENE PAUL WOODHAM,

    Plaintiff,

v.

A HEDGEPETH et al,

    Defendant.

Case Number: CV09-02644 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gene P. Woodham C-67944
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: September 10, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2